UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | | BK No.: 19-21702 |
| Shalaine Bellmon ) | | |
| ) | | Chapter: 13 |
| ) | | Honorable Jacqueline P Cox |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

# ORDER MODIFYING PLAN

This cause coming to be heard on the Motion of the Debtor for entry of an order Modifying Debtor's Chapter 13 Plan, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. That the default accruing through September 2022 is hereby deferred. The remaining payments under the plan shall be $225.00 for 5 months, beginning October, 2022.
2. That Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 03, 2022

**Prepared by:**

s/ Brian P. Deshur
Attorney for Debtor
The Law Office of David Freydin, Ltd.
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
(312) 380-1564